**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ricardo ROCHIN–JEREZ, a.k.a.**
**Francisco Camargo–Peralta,**
**Defendant–Appellant.**

No. 10–10405.

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2011.*

Filed June 20, 2011.

An Mai Nguyen, Special Assistant U.S., U.S. Attorneys Office, Las Vegas, NV, Robert A. Bork, Assistant U.S., U.S. Attorney's Office, Las Vegas, NV, Robert Lawrence Ellman, Esquire, Assistant U.S., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Brenda Weksler, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

MEMORANDUM **

Ricardo Rochin–Jerez appeals from the 41–month sentence imposed following his guilty-plea conviction for being a deported

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

alien found unlawfully in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Rochin–Jerez contends that his sentence, at the bottom of the Guidelines, is substantively unreasonable because it included a 16–level increase for his previous conviction of an alien smuggling offense. In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) factors, including the seriousness of Rochin–Jerez's crimes and deterring future criminal conduct, the sentence is not substantively unreasonable. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.